| | |
|---|---|
| In Re:<br>JAMES MIICKE | Chapter 13<br>Case No. 2020-26261-BEH-13 |
| Debtor | **OBJECTION TO MOTION TO CONTINUE THE AUTOMATIC STAY** |

    Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to the debtor's Motion to Continue the Automatic Stay on this case filed September 16, 2020. The Objection is based on the following

    No plan or schedules have been filed to allow the trustee or creditors to determine whether an actual change in circumstances has occurred.

WHEREFORE, trustee prays for a hearing regarding the Motion to Continue the Stay.

                              Dated the 17th day of September 2020.
                                    /s/ Rebecca A. Quiroz
                                    Staff Attorney

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In Re:  
JAMES MIICKE  
S63W12486 Emerson Drive  
Muskego, WI 53150

Case No. 2020-26261-BEH-13

Chapter 13  
**CERTIFICATE OF SERVICE**

Debtor

STATE OF WISCONSIN )  
                              ) SS  
WINNEBAGO COUNTY )

    Jennifer L. Wojciechowki, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 17th day of September 2020, a copy of the trustee's Objection to Motion to Continue the Stay was mailed in a first class postage paid envelope to the following:

JAMES MIICKE  
S63W12486 EMERSON DRIVE  
MUSKEGO, WI, 53150

and the following were served electronically

                                                 Dated the 17th day of September 2020.  
                                                       /s/ Jennifer L. Wojciechowki  
                                                       Jennifer L. Wojciechowki