So Ordered.

Dated: October 5, 2020

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
**JAMES MIICKE**

Chapter 13
**Case No. 20-26261-beh**

Debtor

<u>**ORDER TO CONTINUE AUTOMATIC STAY BEYOND 30 DAYS AS TO ALL CREDITORS**</u>

The Debtor filed a Motion to extend the automatic stay beyond 30 days under 11 U.S.C. § 362(c)(3)(B). Notice of the Motion was provided to all creditors, and objecting creditors were given the opportunity to have a hearing. No objections were filed, and the Debtor has filed an Affidavit establishing that the Debtor commenced this case in good faith.

IT IS THEREFORE ORDERED: The Motion is granted, and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

# # # # #

Prepared By:
Attorney Richard A. Check
757 N. Broadway, Ste. 401
Milwaukee, WI 53202
Phone: 414.223.0000
Fax: 414.223.3245
rickchecklaw@aol.com