So Ordered.

Dated: May 20, 2021



Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:
JAMES MIICKE

Chapter 13

Case No.: 20-26261-BEH

Debtor

**ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN**

The debtor filed a motion to modify the plan on April 21, 2021 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtors' April 21, 2021 request to modify confirmed plan.

2. Summary of payments: $1,446.00 per month for the remainder of the 60-month plan.

#####